# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

MARIA SOLEDAD JUAREZ ）
）
　　　　　Plaintiff, ）
）
v. ）　　Case No. ___CIV-21-99-SLP___
） （Formerly Oklahoma County
CARLISLE FOOD SERVICES ）　Case No. CJ-2021-93 ）
PRODUCTS, INC. d/b/a ）
CFS BRANDS, LLC, ）
）
CARLISLE FOODSERVICE ）
PRODUCTS, LLC ）
）
　　　　　Defendants. ）

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants, Carlisle Food Service Products, Inc. d/b/a CFS Brands, LLC ("CFS, Inc.") and Carlisle Foodservice Products, LLC ("CFS, LLC"), (collectively referred to herein as "Defendants"), hereby remove this action from the District Court of Oklahoma County, Oklahoma, where it was filed as Cause No. CJ-2021-93, styled *Maria Soledad Juarez v. Carlisle Foodservice Products, Inc., d/b/a CFS Brands, LLC [and] Carlisle Foodservice Products, LLC*, to the United States District Court for the Western District of Oklahoma.  As the grounds for removal, Defendants state as follows:

1.　　Plaintiff filed her Petition in this matter on January 8, 2021 in the District Court of Oklahoma County, Oklahoma, which is located within the Western District of Oklahoma.

2.      Defendant was served with Summons and the Petition on January 11, 2021. A copy of Plaintiff's Petition is attached hereto as Exhibit "1", and a copy of the Summons is attached hereto as Exhibit "2".  A Copy of the state court docket sheet is attached hereto as Exhibit "3".

3.      This is a civil action over which this Court has original subject matter jurisdiction under the provisions of 28 U.S.C. § 1331.  Plaintiff asserts claims for alleged violation of Title VII of the Civil Rights Act of 1964. *See* Plaintiff's Petition, paragraph 3. Plaintiff's claims arise under the laws of the United States and involve issues of federal question.  Therefore, this court has jurisdiction under 28 U.S.C. § 1331 and this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

4.      Plaintiff also brings state law claims which arise out of the same transaction or occurrence as her federal claims, and are part of the same case or controversy pursuant to 28 U.S.C. § 1367(a). Specifically, Plaintiff claims that Defendant violated the Oklahoma Anti-Discrimination Act.  *See* Plaintiff's Petition, paragraph 3.

5.      This Notice of Removal is timely because it is filed within thirty (30) days from the date Defendants received a copy of the Petition.  See 28 U.S.C. § 1446(b).

6.      As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being filed with the Clerk of the District Court of Oklahoma County, Oklahoma.

7.      In accordance with LCvR 81.2, Fed. R. Civ. P. 81 and 28 U.S.C. § 1446(a), copies of all process and pleadings previously served upon Defendants, including a copy of the state court docket sheet, are attached hereto as Exhibits "1" through "3".

3

8.     There are no motions pending before the Oklahoma County District Court in this matter, nor are any hearings currently set.

WHEREFORE, Defendants remove this action to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

Respectfully submitted,

*s/Nathan L. Whatley*

Nathan L. Whatley, OBA #14601
MCAFEE & TAFT A PROFESSIONAL
CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone:    (405) 235-9621
Facsimile:    (405) 235-0439
nathan.whatley@mcafeetaft.com

**ATTORNEY FOR DEFENDANTS**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Mark E. Hammons, OBA #3784
Amber L. Hurst, OBA #21231
Brandon D. Roberts, OBA #34012
HAMMONS, HURST & ASSOCIATES
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone:    (405) 235-6100
Facsimile:    (405) 235-6111
brandon@hammonslaw.com

**ATTORNEYS FOR PLAINTIFF**

*s/Nathan L. Whatley*
Nathan L. Whatley